UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD NASH (TDCJ No. 1801411), | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 3:14-CV-1250-B |
| WILLIAM STEPHENS, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's civil rights claims are DISMISSED with prejudice as barred by the Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

To the extent that Plaintiff presents claims cognizable in a petition for writ of habeas corpus, such claims are hereby DISMISSED without prejudice.

SO ORDERED this 19th day of June, 2014

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE